UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLWOOD SAFETY, INC.

    Plaintiff,
v.                                   Case No. 8:17-cv-1260-T-27AAS

WESCO DISTRIBUTION, INC.,

    Defendant.
_____/

## ORDER

This order follows the parties' notice submitted consistent with yesterday's order. (Doc. 67). The parties agree to extend certain deadlines. (*Id.*). The court may modify a case management and scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). Wesco demonstrates good cause exists to modify case-management deadlines. Wesco's motion (Doc. 65) is therefore **GRANTED**. A second Amended Case Management and Scheduling Order will be entered separately with the parties' requested deadlines.

**ORDERED** in Tampa, Florida, on May 23, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

1