# EXHIBIT

# C

BOIES, JEROME
12/11/2018

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 MIDDLE DISTRICT OF FLORIDA

 3                      TAMPA DIVISION

 4              CASE NO. 8:17-cv-1260-T-27AAS

 5

 6    CARLWOOD SAFETY, INC.
      a Florida corporation,
 7
                          Plaintiff,
 8    vs.

 9    WESCO DISTRIBUTION, INC.,
      a foreign corporation,
10
                          Defendant.
11    _____/

12

13    DEPOSITION OF:   JEROME BOIES
                       Pages 1 - 237
14
      DATE & TIME:     December 11, 2018
15                     8:30 a.m. to 2:15 p.m.

16

      TAKEN AT:        KEANE REESE GERDES, P.A.
17                     The Veritas Courtyard
                       770 Second Avenue South
18                     St. Petersburg, Florida

19

20

                   STENOGRAPHICALLY REPORTED BY:
21                      Donna M. Doyle
                   Notary Public, State of Florida
22

23

24

25
```

BOIES, JEROME
12/11/2018
Page 2

```
 1                        APPEARANCES

 2     On Behalf of the Plaintiff:

 3          KEANE REESE GERDES, P.A.
            The Veritas Courtyard
 4          770 Second Avenue South
            St. Petersburg, Florida
 5          727-823-5000
            cgerdes@krvglaw.com
 6          BY: CHARLES W. GERDES, ESQUIRE

 7

 8     On Behalf of the Defendant:

 9          BOWMAN AND BROOKE LLP
            41000 Woodward Avenue
10          Suite 200 East
            Bloomfield Hills, MI 48304
11          248-205-3300
            jeffrey.gorcyca@bowmanandbrooke.com
12          BY: JEFFERY T. GORCYCA, ESQUIRE

13

14     Deposition of JEROME BOIES

15                                              Page

16     Direct Examination by Mr. Gorcyca           4
       Certificate of Oath                       236
17     Certificate of Reporter                   237

18

19

20

21

22

23

24

25
```

BOIES, JEROME
12/11/2018                                                                    Page 3

| 1 | DEFENDANT'S EXHIBITS | |
|---|---|---|
| 2 | Number/ Description | Page |
| 3 | 1    Deposition Notice | 6 |
| 4 | 2    Deponent's Personal Notes | 7 |
| 5 | 3    Carlwood website page | 31 |
| 6 | 4    Carlwood website page | 31 |
| 7 | 5    Carlwood website page | 31 |
| 8 | 6    Letter Entitled MRO Safety Items | 55 |
| 9 | 7    Sample Contract Document | 59 |
| 10 | 8    General Information Form, Attachment C | 79 |
| 11 | 9    8-10-2010 Progress Energy Quote Spreadsheet | 80 |
| 12 | 10   Letter from Duke Energy | 100 |
| 13 | 11   10/7/10 Letter from Progress Energy | 104 |
| 14 | 12   E-mail from Larry Wilson | 104 |
| 15 | 13   Demand Letter | 133 |
| 16 | 14   3/13/14 E-mail and Spreadsheet | 151 |
| 17 | 15   Copy of E-mail from Ric Hargrave | 195 |
| 18 | 16   Partial Spreadsheet | 230 |
| 19 | 16A  Spreadsheet unabridged | 231 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

BOIES, JEROME
12/11/2018

```
 1   you have a point person that your supposed to deal with
 2   with Duke Energy?  And, if so, who was that person?
 3        A    It was Barbara Marino?
 4        Q    Barbara Marino.  Okay.  And did she stay with
 5   company after the merger and become, then, a Duke
 6   employee?
 7        A    I believe she's still there.
 8        Q    Okay.  Still there today?
 9        A    As far as I know, yeah.
10        Q    So she was your -- is that the right word to
11   use, "point person"?
12        A    She was.  When we went to Wildwood in December
13   of 2012, we had a meeting with Barbara.  It was myself,
14   Larry Wilson, Kurt Urban, from WESCO, and Mike Rumer
15   from WESCO was our initial meeting, where they discussed
16   how much money they had allocated under the integrated
17   contract and what they were going to retain us for, the
18   diversity spend.
19             They had $30 million allocated for the 20
20   percent that was required for the minority spend and it
21   wouldn't be a problem to meet the million dollars that
22   we were annually doing.  So that was our initial, was
23   set up through Barbara Marino.
24        Q    Okay.  And that was right after the merger was
25   complete, right?
```

```
1       A       It is December of '12.  So I'm not sure when

2    the merger -- the actual date --

3       Q       I believe it was July of '12 is when it became

4    official.

5       A       Yes, sir.

6       Q       And then you're saying the first meeting was

7    December of '12.  Is that what you're saying?

8       A       Yes, sir.

9       Q       Okay.  All right.  And was there anybody from

10   WESCO at that first meeting in December of 2012?

11      A       Yeah, that would have been Kurt Urban.

12      Q       I thought Urban was with Duke.

13      A       No.

14      Q       Oh, no, you're right --

15                      (Simultaneous talking)

16   BY MR. GORCYCA:

17      Q       Let me back up.  Kurt Urban was with WESCO; is

18   that right?

19      A       Yes.

20      Q       And Ryan Camp is a name I mentioned earlier.

21   He was Duke?

22      A       But he was not at the December meeting.

23      Q       Right.  Okay.

24      A       Yeah, it was Mike Rumer was the other WESCO

25   representative.
```

BOIES, JEROME
12/11/2018

Page 104

```
 1    BY MR. GORCYCA:

 2        Q     So these were -- these are documents, again,

 3    that were produced by Carlwood Safety, by your lawyers.

 4    The first one's Exhibit 11, and it's a letter dated

 5    October 7, 2010, from Progress Energy.

 6              And then the second one is an e-mail from

 7    Larry that -- it has Larry Wilson's name on it, but I've

 8    marked it as Exhibit 12.  And when we get back, I'm

 9    going to ask you some questions about these two.

10                        (Recess taken)

11    BY MR. GORCYCA:

12        Q     So what I -- I marked two exhibits, Exhibits

13    11 and 12.  Let's talk about Exhibit 11 first.  That is

14    a letter from Barbara Marino, the woman you were talking

15    about who is still with Duke today; is that right?

16        A     To my knowledge, yes.

17        Q     Okay.  All right.  And she's referencing that

18    Carlwood Safety has recently been awarded the contract

19    for safety supplies for the Progress Energy Florida

20    parentheses PEF, close paren.  And secondary supplier

21    for Progress Energy Carolinas, parentheses PEC, close

22    paren.

23              Do you know if this is in relation to a

24    blanket purchase order?

25        A     Yes.
```

```
 1       Q     Okay.  And do you know this particular letter,
 2  which blanket purchase order it applies to and is being
 3  referenced in this letter?
 4       A     I'm assuming it's the one whose effective
 5  dates were 9/2010 through 9/2013.
 6       Q     Okay.  All right.  And do you know if -- when
 7  you were looking for that number and gave me that
 8  number, you were referring to Exhibit 12, which is an
 9  e-mail chain that included Barbara Marino; is that
10  right?
11       A     Yes.
12       Q     Okay.  And the BPO number that you referred to
13  from Exhibit 12 is BPO 00522031; is that right?
14       A     Yes.
15       Q     And that's a blanket purchase order which
16  would have ended in September -- on September 20, 2013;
17  is that right?
18       A     Yes.
19       Q     Okay.  And would that -- he spoke earlier
20  about the contract and letter that came from Progress
21  Energy from 2007, the one I'm showing you right now,
22  which was marked Exhibit 6.
23             Would that -- would this type of letter and
24  the contract that went along with this letter have also
25  that similar type letter and contract for this BPO
```

BOIES, JEROME
12/11/2018

```
 1    00522031?

 2        A    It could have.  I'm not specifically aware of

 3    that.

 4        Q    Okay.  And you wouldn't have negotiated this

 5    BPO, the one that's being referred to in Exhibit 3; is

 6    that right?

 7        A    That's correct.

 8             THE COURT REPORTER:  Wait.  Did you say

 9    Exhibit 3?

10             MR. GORCYCA:  I mean, excuse me, Exhibit 12.

11    BY MR. GORCYCA:

12        Q    Is that correct?

13        A    Yes.

14        Q    And looking at Exhibit 12 from -- this is an

15    e-mail dated December 14, 2012, from Barbara Marino to

16    you.  And the subject line is Dexsil/Kunz.  What is

17    Dexsil/Kunz?

18        A    Those are to different manufacturers?

19        Q    Okay.  What do they make?

20        A    Dexsil is the company that I was referencing

21    that one item --

22        Q    The glove?

23        A    -- that takes care of the PCPs, the emittance

24    that come off all the units.  And so that was the

25    company that would supply that.  Kunz --
```

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone:  888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

BOIES, JEROME
12/11/2018

1      Q     Okay.  And had you seen the RFQ that was

2  attached to the e-mail and the letter back in

3  February 2014 when it came to you?

4      A     I'm assuming, so, yes.  I should is are.

5      Q     I'm pretty certain that you would have.

6  Right?

7      A     We worked on filling it out, so I'm sure I

8  did.

9      Q     So you were the one that ultimately completed

10  the RFQ and send it back to WESCO and Duke?

11      A     With the help of, yeah, people.

12      Q     Okay.  Who else helped you?

13      A     Pablo Lorenzo and Mark Zickwolf.

14      Q     Okay.  Those people you told me about?

15      A     And Larry Wilson, yeah.

16      Q     So in all the information that was on the RFQ,

17  the spreadsheet, which is attached as part of Exhibit

18  13, that was information that came from WESCO or Duke;

19  is that correct?

20      A     To my knowledge, yes.

21      Q     Okay.  In responding to an RFQ that comes

22  from -- let's just talk about this RFQ.  In responding

23  to this RFQ that was sent to Carlwood Safety in February

24  of 2014, does Carlwood Safety have to use Duke-approved

25  suppliers, vendors?

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

BOIES, JEROME
12/11/2018                                                    Page 138

```
 1        A     Yes.

 2        Q     Okay.  Or WESCO-approved suppliers and

 3   vendors, correct?

 4        A     That wasn't specified to us, WESCO-approved.

 5        Q     Okay.

 6        A     Duke would be the end user approving it, but I

 7   don't know if they assisted in that as their role as a

 8   manager of integrated supply.  I don't know.

 9        Q     Well, but you just testified that you didn't

10   know if this letter that's part of Exhibit 13 came from

11   Duke, or WESCO, or them together go.

12        A     That's true.

13        Q     So do you have knowledge that the vendors and

14   suppliers that Carlwood Safety had to use were chosen by

15   Duke, as opposed to WESCO, or was it a combination of

16   the two?

17              MR. GERDES:  I'm going to object to the form.

18        You can answer if you understand the question.

19        A     My knowledge is that Duke has to approve the

20   item and the manufacture of the item.  So I would assume

21   that that would be Duke.  We were told that we had to

22   meet the Duke level pricing --

23   BY MR. GORCYCA:

24        Q     Okay.

25        A     -- within these manufacturers, as well, and
```

BOIES, JEROME
12/11/2018

1    that was dictated by WESCO.

2        Q    You mean WESCO -- when you say "dictated by

3    WESCO," WESCO told Carlwood Safety that Carlwood Safety

4    had to meet the Duke pricing levels?

5        A    Yeah, we actually -- in the meeting that we

6    had, we had to -- we had to meet all the specific terms

7    in order to fit in the MRO program.  So that's when we

8    created that RFQ.  It was specific to ensure our

9    participation and fit the program based on the

10   WESCO-dictated pricing and margins.

11       Q    And the WESCO-dictated pricing and margins was

12   they were telling you what the Duke price levels were;

13   is that correct?

14       A    Yes, they told us specifically the number.

15   Basically, they could have filled out the RFQ for us,

16   because they were telling us "Here's what the price has

17   to be."  And so we filled it out exactly how they said,

18   yes.

19       Q    But just so I'm not confused, when they told

20   you that you had to meet the price levels or that they

21   dictated the price levels, the price levels were set by

22   Duke.  Is that the way you understood it?

23       A    Yes.

24       Q    Okay.  And WESCO also told you that Carlwood

25   Safety had to use suppliers or vendors that were

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone:  888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy


**Progress Energy**

October 7, 2010

RE:     Carlwood Safety
        10473 66th Street
        Pinellas Park, FL 33782-2309

To whom it may concern:

Carlwood Safety, Inc. has recently been awarded the contract for Safety Supplies for the Progress Energy, Florida (PEF) and the secondary supplier for Progress Energy, Carolinas (PEC).   Please allow them access to your material so that they may fill our orders in a timely manner.

If you have any questions, please do not hesitate to contact me.

Barbara Marino
Procurement Specialist
Progress Energy Florida
299 First Avenue, North PEF14-3
St. Petersburg, FL 33701
Phone (727) 820-5383
Fax (727) 820-5193
Cell (727) 409-1894



**Larry Wilson**

From:           Jerome Boies [Jerome@carlwoodsafety.net]
Sent:           Friday, December 14, 2012 8:47 AM
To:             larrywilson@carlwoodsafety.net
Subject:        FW: Dexsil/Kunz

Good Morning Larry,
I will forward the Dexsil pricing to Barbara and she can tell us where we need to be.  Also, see her message RE: 3 year BPO dates.  Talk with you later today
Jerome

**From:** Marino, Barbara [mailto:Barbara.Marino@pqnmail.com]
**Sent:** Friday, December 14, 2012 8:10 AM
**To:** Jerome Boies'
**Subject:** RE: Dexsil/Kunz

I need pricing for the Dexsil from you so I can evaluate pricing.  Also, please let Larry know that the current Carlwood BPO 00572031 is a three year BPO – Effective 09/20/2010 – 09/20/2013 we very rarely do a five year blanket agreement.  He mentioned five year a couple of times and it made me take a look at the BPO header.  Just an FYI.  I will forward this glove info to Dennis today.  Thank you for your help and lunch the other day.  BM

**From:** Jerome Boies [mailto:Jerome@carlwoodsafety.net]
**Sent:** Thursday, December 13, 2012 3:37 PM
**To:** Marino, Barbara
**Subject:** Dexsil/Kunz

Barbara

_CWS specific 3 year contract terms sent from Barbara Marino_

Here are the Dexsil Part #'s to be added to your Blanket PO

CL-020        CATID# 0000451112 4

CL-050        CATID# 0000451115 4

CS-OIL        CATID# 9220140256 4

[PERTOFLAG-PF-SRP   We do not have a CATID for this one.]

Per our conversation with Dennis C –       Add   Kunz 999S-10 to CATID# 9220117682 4

                                                  Kunz 1005-5-9 to CATID# 0030331508 4

                                                  Kunz 1005-5-10 to CATID# 0030331607 4

                                                  Kunz 1005-5-11 to CATID# 0030331805

4

Thank you

Jerome Boies
Carlwood Safety, Inc.

454

π EXHIBIT 12
Deponent: Boies
12-11-18   DMS
Date:       Rptr.



October 7, 2010

af      Carlwood Safety
        10473 66th Street
        Pinellas Park, FL 33782-2309

To whom it may concern:

Carlwood Safety, Inc. has recently been awarded the contract for Safety Supplies for the Progress Energy, Florida (PEF) and the secondary supplier for Progress Energy, Carolinas (PEC). Please allow them access to your material so that they may fill our orders in a timely manner.

If you have any questions, please do not hesitate to contact me.

Barbara Marino
Procurement Specialist
Progress Energy Florida
299 First Avenue, North PEF 14-3
St. Petersburg, FL 33701
Phone (727) 820-5383
Fax (727) 820-5193
Cell (727) 409-1894



May 10, 2010

RE:      Carlwood Safety
         10473 66th Street
         Pinellas Park, FL 33782-2309

To whom it may concern:

Carlwood Safety, Inc. has recently received the business from Progress Energy on MSA items and will require access to the Progress Energy Logo for all screen printing purposes so that this order and future orders may be fulfilled in a timely manner.

If you have any questions, please do not hesitate to contact me.

*Barbara Marino*

Barbara Marino
Procurement Specialist
Progress Energy Florida
299 First Avenue, North PEF14-3
St. Petersburg, FL 33701
Phone (727) 820-5383
Fax (727) 820-5193
Cell (727) 409-1894

Progress Energy Florida, Inc.

Larry Wilson

| | |
|---|---|
| **From:** | Hargrave, Rick [RHargrave@wescodist.com] |
| **Sent:** | Wednesday, April 24, 2013 9:24 AM |
| **To:** | Larry Wilson (larrywilson@carlwoodsafety.net) |
| **Subject:** | Carlwood-Duke-Wesco discussion |

Larry - I wanted to confirm that we are still on schedule for our meeting at your facility tomorrow morning at 8am. Let me know if you have any questions. Looking forward to meeting you tomorrow.

Rick

\*\* This is a meeting schedule change. Meeting is moved from Friday (4/26) morning to **THURSDAY (4/25) morning**. Same time: (8am) same location: Carlwood's office.

This meeting is being scheduled to introduce Duke Energy's Integrator for Duke's Integrated Supplier Program to Carlwood Safety., as well as provide an opportunity for Wesco to learn more about Carlwood Safety Supply, Inc., and their capabilities.

Invited Attendees include:
Larry Wilson, Carlwood Safety Supply Co., - President
April Harley, Duke Energy - Sr. Supplier Diversity & Business Development Coordinator
Ryan Camp, Duke Energy - Florida Region Generation Integrated Supplier Program Coordinator
Ron Jangaon, Duke Energy – Manager – Florida Region Generation Supply Chain
Scott Dowell, Wesco Distribution – Director, Utility Integrated Supplier Programs
Rick Hargrave, Wesco Distribution – Alliance Manager, Duke Energy Generation Integrated Supplier Program

List of topics for discussion: Overview of Carlwood Safety Supply Co. to include:
- o Locations
- o Size
- o Employees
- o Industries supported
- o Primary Manufacturers Represented
- o Etc.
- Products and services current provided to Duke Energy
- Products and services available (and not currently provided to Duke Energy)
- Any preconceived expectations of Wesco by Carlwood
- Facility tour

Feel free to contact Rick Hargrave @ 317.696.6744 or rhargrave@wescodist.com with any questions.

Rick Hargrave
317.696.6744
rhargrave@wescodist.com



1.



EXHIBIT _15_
Deponent _Boies_
Date _____ Rpt _____
WWW.DEPOBOOK.COM

CS007608

From: Rumer, Mike [mailto:MRumer@wescodist.com]
Sent: Wednesday, February 26, 2014 6:58 AM
To: Jerome@carlwoodsafety.net
Cc: Penuel, Patrick
Subject: Carlwood Safety - Duke - WESCO MRO RFQ 2014

Jerome,

We are pleased to extend to Carlwood Safety the opportunity to quote blanket pricing for Duke Energy
Power Delivery MRO material. Please refer to attached cover letter and quotation spreadsheet and feel
free to contact me with any questions.

Thank you,
Mike


Mike Rumer
Program Manager – Duke Energy Florida
WESCO Distribution, Inc.
(386) 453-6438
mrumer@wesco.com<mailto:mrumer@wesco.com>
mike.rumer@duke-energy.com<mailto:mike.rumer@duke-energy.com>



EXHIBIT 13
Deponent:
Date
WWW.DEPOBOOK.COM

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

WESCO 00002480

 

To: Carlwood Safety

This Request for Quote (RFQ) is on behalf of Duke Energy Power Delivery and WESCO Distribution and covers MRO (Maintenance, Repair and Operations) material.  Please do not confuse this with RFQs for similar material used on the <u>Generation</u> side of Duke's business.

In 2012, Duke Energy merged with Progress Energy forming the largest investor owned utility in the US with roughly 7 Million residential and commercial customers.  The new Duke Energy service territory includes; Indiana, southern Ohio, northern Kentucky, most of North & South Carolina, and central & northern Florida.

WESCO Utility Integrated Supply (UIS) was awarded the Integrated Supply contract for the new, expanded company effective October 1st, 2012. WESCO UIS will be responsible for sourcing, contract management, inventory management, consolidation, and/or substitution of non engineered products for the new Duke Enterprise. WESCO will also be responsible for managing the material for the four regional MRO programs.

WESCO Distribution is in the process of establishing enterprise wide contracts that will permit our buyers to purchase material as needed.  Your company has been identified to receive the attached RFQ.

Please pay strict attention to the following instructions when preparing your quotation:

- Pricing for the new Duke Enterprise contracts must be quoted firm through at least **December 31st, 2014.**  WESCO would prefer firm pricing beyond this date if possible.
- We require freight be quoted:
  - **FOB/Destination/Freight Prepaid/Allowed** - material shipping strictly to WESCO Distribution. Most shipments will be UPS but some may be via common carrier.
  - Freight collect or Freight Prepaid & Charge invoices are not permitted and will not be honored by our A/P department.
  - WESCO locations you *may* be shipping to include Orlando FL, Raleigh, NC and Charlotte, NC.
- Correct Lead Time information is essential to achieving our on-time delivery matrix. *Be sure the Lead Times quoted are accurate. We require a specific <u>number of days</u>, not a range.* Both of our companies will be evaluated and penalized for late shipments.
- Standard Pack information is also very important and should be clearly identified in your quote.
- Please verify that the Mfg. Catalog Number shown on the RFQ is correct.  If it is incorrect or incomplete, please insert the corrected catalog number in the Corrected Part Number column. Also, document the change in the Comments field.
- If you have any special notes, comments, suggestions or recommendations please enter the information into the notes column of the RFQ or attach a separate document to your quotation.
- If you are not going to provide a quote for any item listed on the RFQ, leave the price field blank and enter "no quote" in the comments field.

WESCO Distribution, Inc., Proprietary and Confidential

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

 

- Please complete **ALL** information required on the attached RFQ spreadsheet – not some. We have a great deal of information to review and we must use this <u>Excel format</u> and NOT a company generated quotation. IF YOU DO NOT RETURN THE REQUESTED INFORMATION VIA THE ATTACHED EXCEL SPREADSHEET IN ITS ORIGINAL FORM, YOUR QUOTE **WILL NOT** BE ENTERED INTO OUR MASTER DATABASE AND WILL NOT BE CONSIDERED.
- Payment Terms are "Net 45" and are non-negotiable.

The quantities shown on the RFQ are based on **historical usages** and should be considered as you develop your quote. They are NOT a guarantee of future business.

Please be sure to include proper government certification as to your WMBE classification.

If you have any questions or need additional information please feel free to contact the representative who sent you the RFQ. Your quote should be return to that person also. **The due date for your response is March 17, 2014.**

On behalf of WESCO Utility Integrated Supply, WESCO Distribution, & Duke Energy we would like to thank you for your past support. We look forward to a long successful relationship in the months and years to come.

Thank you,

WESCO Distribution, Inc., Proprietary and Confidential

2

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

WESCO 00002482

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

WESCO 00002483

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

WESCO 00002484

CONFIDENTIAL
SUBJECT TO CONFIDENTIALITY AGREEMENT

WESCO 00002485

Larry Wilson

| | |
|---|---|
| **From:** | Hargrave, Rick [RHargrave@wescodist.com] |
| **Sent:** | Wednesday, April 24, 2013 9:24 AM |
| **To:** | Larry Wilson (larrywilson@carlwoodsafety.net) |
| **Subject:** | Carlwood-Duke-Wesco discussion |

Larry - I wanted to confirm that we are still on schedule for our meeting at your facility tomorrow morning at 8am. Let me know if you have any questions. Looking forward to meeting you tomorrow.

Rick

** This is a meeting schedule change. ~~Meeting~~ is moved from Friday (4/26) morning to *THURSDAY (4/25) morning*. Same time: (8am) same location: Carlwood's office.

This meeting is being scheduled to introduce Duke Energy's Integrator for Duke's Integrated Supplier Program to Carlwood Safety., as well as provide an opportunity for Wesco to learn more about Carlwood Safety Supply, Inc., and their capabilities.

Invited Attendees include:
Larry Wilson, Carlwood Safety Supply Co., - President
April Harley, Duke Energy- Sr. Supplier Diversity & Business Development Coordinator
Ryan Camp, Duke Energy - Florida Region Generation Integrated Supplier Program Coordinator
Ron Jangaon, Duke Energy – Manager – Florida Region Generation Supply Chain
Scott Dowell, Wesco Distribution – Director, Utility Integrated Supplier Programs
Rick Hargrave, Wesco Distribution – Alliance Manager, Duke Energy Generation Integrated Supplier Program

List of topics for discussion:  Overview of Carlwood Safety Supply Co. to include:
- o  Locations
- o  Size
- o  Employees
- o  Industries supported
- o  Primary Manufacturers Represented
- o  Etc.
- Products and services current provided to Duke Energy
- Products and services available (and not currently provided to Duke Energy)
- Any preconceived expectations of Wesco by Carlwood
- Facility tour

Feel free to contact Rick Hargrave @ 317.696.6744 or rhargrave@wescodist.com with any questions.

Rick Hargrave
317.696.6744
rhargrave@wescodist.com





△π EXHIBIT 15
Deponent Boles
Date 12-11-18  Rpt
WWW.EXFORBOOK.COM

CS007608